# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE,
                    Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
LINDA ADAMS; MS. NASH; AND W.D.
NEVEN,
                    Respondents.

No. 68976

**FILED**

FEB 0 1 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order issued September 8, 2015. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. First, the notice of appeal appears to be premature under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Second, this appears to be an appeal from a district court order in an appeal from a justice court judgment. The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (holding that district court has final appellate jurisdiction in cases arising in the justice's court).

16-03296

Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:     Hon. Elissa F. Cadish, District Judge
        Victor Tagle
        Attorney General/Carson City
        Eighth District Court Clerk

---

[1]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.